1  J. Toney
   Attorney at Law
2  State Bar No. 43143

3  P.O. Box 1515
   Woodland, California 95776
4  (530) 666-1908
   yoloconflict@aol.com
5
   Attorney for Deandre Brown
6

7              IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,          )
                                      )No. CR.S-09-533 FCD
10         Plaintiff,                  )
                                      )STIPULATION AND ORDER
11    v.                               )CONTINUING STATUS
                                      )CONFERENCE.
12 DEANDRE BROWN and                   )(Jan. 25, 2010 at 10:00 AM
   BRITTNEY BEACHAM                    )before Judge Damrell)
13                                     )
                                      )
14         Defendants.                 )
   _____)
15

16      This case is now set for status on January 11, 2010.  Because

17  counsel for Defendant Brown needs some additional time  to prepare

18  the case, and because counsel for Defendant Beacham is unavailable

19  the parties stipulate that the status conference be continued to

20  to January 25, 2010, at 10:00 a.m.  It is further stipulated  that

21  time under the Speedy Trial Act, 18 USC Section 3161(h)(7)(A) &

22 (B)(iv), should be excluded for counsel preparation, Local Code T4

23 until that date.

24      The parties respectfully request the Court so order.

25

26 / / /

27 / / /

28
                                  1

Dated: January 7, 2010

   /s/ KYLE REARDON                  /S/ J TONEY
     Kyle Reardon                     J. Toney
 Assistant U.S. Attorney     Attorney for Defendant Brown

                                     /S/ LEXI NEGIN
                                        Lexi Negin
                            Attorney for Defendant Beacham

**IT IS SO ORDERED:**

Dated: January 7, 2010

                                FRANK C. DAMRELL, JR.
                                UNITED STATES DISTRICT JUDGE