DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BRITTNEY MONIQUE BEACHAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR.S-09-533 FCD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| BRITTNEY MONIQUE BEACHAM, | |
| Defendant. | |

This case is currently scheduled for a status hearing on March 1, 2010. The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for March 1, 2010, be continued until March 22, 2010. In addition, the parties stipulate that the time period from March 1, 2010, to March 22, 2010, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

///

///

///

DATED: February 25, 2010

                Respectfully submitted,

| BENJAMIN B. WAGNER | DANIEL BRODERICK |
|---|---|
| United States Attorney | Federal Defender |
| | |
| */s/ Lexi Negin for* | */s/ Lexi Negin* |
| KYLE REARDON | LEXI NEGIN |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for United States | Attorney for Brittney Monique Beacham |

**IT IS SO ORDERED.**

DATED: February 25, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE