IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

BRITTNEY MONIQUE BEACHAM,

      Defendant.
_____/

CR. S-09-0533 FCD

ORDER FOR RELEASE OF PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release BRITTNEY MONIQUE BEACHAM, Case No. CR. S-09-0533 FCD, Charge 18 U.S.C. § 4 - Misprison of a Felony, from custody subject to the conditions as stated in open Court on November 1, 2010:

    ____ Release on Personal Recognizance

    ____ Bail Posted in the Sum of $ [ ]

        ____ Unsecured Appearance Bond

        ____ Appearance Bond with 10% Deposit

|     |     |                                                                 |
| --- | --- | --------------------------------------------------------------- |
| 1   | ___ | Appearance Bond with Surety                                     |
| 2   | ___ | Corporate Surety Bail Bond                                      |
| 3   | _X_ | (Other) [Defendant sentenced to TIME SERVED - Judgment and Commitment to be issued]. |

Issued at Sacramento, CA on November 1, 2010 at 11:15 a.m.

Dated: November 1, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

BECHAM, BRITTANY release order.wpd                              2